NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1337


RICKY LANDRY, ET AL.

VERSUS

SOLOCO, LLC, ET AL.


**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-15414
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy Howard Ezell, and *Arthur J. Planchard, Judges.

* Honorable Arthur J. Planchard, Retired, participated in this decision by

appointment of the Louisiana Supreme Court as *Judge Pro Tempore*.

**AFFIRMED.**

Michael M. Noonan
Patrick John O'Cain
McGlinchey, Stafford, et al
643 Magazine St.
New Orleans, LA 70160-0643
(504) 586-1200
Counsel for: Defendant/Appellee
Case Corporation

Jennifer Jones Bercier
Jones Law Firm
P. O. Drawer 1550
Cameron, LA 70631
(318) 775-5714
Counsel for: Plaintiffs/Appellants
Ricky Dean James Landry
Cynthia Kay Doucet Landry

Gregory John Laborde
Laborde & Laborde
P. O. Box 52564
Lafayette, LA 70505-2564
(337) 232-9928
Counsel for: Secondary Defendants/Appellants
Supreme Contractors, Inc.
Gray Ins. Co.

Arthur I. Robison
Allen, Gooch, et al
P. O. Drawer 3768
Lafayette, LA 70502
(337) 291-1230
Counsel for: Defendants/Appellees
Soloco, L. L. C.

**Newpark Environmental Management Company, L.L.C.**

**Edward Joseph Walters, Jr.**
**Darryl James Papillion**
**Moore, Walters, et al.**
**6513 Perkins Road**
**Baton Rouge, LA 70808**
**(225) 766-1100**
**Counsel for: Plaintiffs/Appellants**
**Ricky Dean James Landry**
**Cynthia Kay Doucet Landry**

**Christopher Luke Edwards**
**P. O. Box 3483**
**Lafayette, LA 70502**
**(337) 232-5170**
**Counsel for: Plaintiffs/Appellants**
**Ricky Dean James Landry**
**Cynthia Kay Doucet Landry**